UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————

HOLLARD INSURACE, SOUTH AFRICA,

                Plaintiff,

      - against -

M/V REGAL BAY, ET AL.,

                Defendants.

———————————————————————————

            25-cv-10236 (JGK)

            ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff had 90 days from filing the complaint to serve the summons and complaint on the defendants. Fed. R. Civ. P. 4(m). The plaintiff has failed to serve the summons and complaint. The time to serve is extended until **March 27, 2026.** If service is not made by March 27, 2026, the case will be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
          March 13, 2026

                                John G. Koeltl
                        United States District Judge