UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**HOLLARD INSURE, SOUTH AFRICA,**

**Plaintiff,**

**- against -**

**M/V REGAL BAY, ET AL.,**

**Defendants.**

---

**25-cv-10236 (JGK)**

**Order**

**JOHN G. KOELTL, District Judge:**

The plaintiff's deadline to serve the summons and complaint was extended to September 30, 2026. The plaintiff has failed to serve the summons and complaint. The time to serve is extended until **December 29, 2026**.

**SO ORDERED.**

**Dated:** **New York, New York**
**October 5, 2026**

**John G. Koeltl**
**United States District Judge**